**SLOAN FIN. GRP., INC. v. BECKETT**

[358 N.C. 146 (2004)]

SLOAN FINANCIAL GROUP, INC., SLOAN FINANCIAL HOLDINGS, INC., NEW AFRICA MANAGEMENT, LLC, NEW AFRICA INVESTMENT MANAGEMENT, LLC AND NEW AFRICA ADVISERS, INC., PLAINTIFFS AND CROSS-CLAIM DEFENDANTS, NEW AFRICA OPPORTUNITY FUND, L.P., D/B/A ZM AFRICA INVESTMENT FUND, L.P., PLAINTIFF-INTERVENOR AND CROSS-CLAIMANT v. JUSTIN F. BECKETT, DORIKA MAMBOLEO, MECHAEL SUDARKASA, THERESA CLARKE, MACEO K. SLOAN, AND JOHN DOES (1-10), DEFENDANTS

No. 514A03

(Filed 5 March 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 470, 583 S.E.2d 325 (2003), finding no error in a judgment entered 27 November 2001 by Judge Giles R. Clark in Superior Court, Durham County. Heard in the Supreme Court 18 February 2004.

*Thelen Reid & Priest, LLP, by Mark Fox Evens, pro hac vice; and Brown & Bunch, PLLC, by LeAnn Nease Brown, for plaintiff-appellees and defendant-appellee Maceo K. Sloan.*

*Everett, Gaskins, Hancock & Stevens, LLP, by E.D. Gaskins and Michael J. Tadych; and Pillsbury Winthrop, LLP, by David R. Lagasse, pro hac vice, for defendant-appellants Justin K. Beckett and Dorika Mamboleo.*

*Wilmer, Cutler & Pickering, by Brigida Benitez, pro hac vice, and Anne Harkavy, pro hac vice; and Jordan Price Wall Gray Jones & Carlton, by Henry W. Jones, Jr. and Hope Derby Carmichael, for plaintiff-intervenor-appellee.*

PER CURIAM.

AFFIRMED.